Kenneth L. SMITH, Jr., Plaintiff–Appellant,

v.

Geraldine MIRO, Warden, Allendale Correctional Institution, sued in her individual and official capacity; L. Cohen, Classification Supervisor of the Allendale Correctional Institution, sued in his individual and official capacity, Defendants–Appellees.

No. 01–1985.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 15, 2001.

Kenneth L. Smith, Jr., pro se. Isaac McDuffie Stone, III, Law Office of Duffie Stone, Bluffton, SC, for appellees.

Before WILKINS, MICHAEL and KING, Circuit Judges.

PER CURIAM.

Kenneth L. Smith, Jr., appeals from the magistrate judge's recommendation to grant the Defendants' motion for summary judgment in Smith's civil action. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order. We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*